444 F.2d 219
 78 L.R.R.M. (BNA) 2998, 67 Lab.Cas. P 12,309
 George A. OTTO, Plaintiff-Appellant,
v.
HOUSTON BELT & TERMINAL RAILWAY COMPANY, Defendant-Appellee.
No. 71-1436 Summary Calendar.*
*Rule 18, 5 Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Company of New York et al., 5 Cir. 1970,
431 F.2d 409, PartI.
 United States Court of Appeals, Fifth Circuit.
 June 16, 1971.
 
 Ben G. Levy, Houston, Tex., for plaintiff-appellant.
 Tommy B. Duke, A. J. Harper, II, Houston, Tex., for defendant-appellee; Fulbright, Crooker, Freeman, Bates & Jaworski, Houston, Tex., of counsel.
 Appeal from the United States District Court for the Southern District of Texas; John V. Singleton, Jr., District Judge. Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed.[1] See Local Rule 21.[2]
 
 
 [1]
 The decision below is reported as Otto v. Houston Belt & Terminal Railway Company, S.D.Tex.1970, 319 F.Supp. 262
 
 
 [2]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966